IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk<br>Therese Lindblom, Court Reporter<br>Dee Clark, Probation Officer | Date: February 1, 2008 |

Criminal Action No. 07–cr–00416–EWN

<u>*Parties:*</u>                                                                                <u>*Counsel:*</u>

| | |
|---|---|
| UNITED STATES OF AMERICA, | Roxane Perruso for Habib Nasrullah |
| Plaintiff, | |
| v. | |
| 1.  GEOFFREY BRUCE SAPERSTEIN, | Richard Bloch and Philip Cherner |
| Defendant. | |

---

### SENTENCING MINUTES

---

**10:20 a.m.**     Court in session.

**Defendant pled guilty on November 8, 2007, to Count One of the Information.**

Mitigation statement by Mr. Cherner.

Statement by Defendant.

Statement by Ms. Perruso.

Court's findings.

**ORDERED:   1.**     No fine is imposed.

**ORDERED:   2.**     Defendant is imprisoned for a term of ninety-six months.

The court recommends a facility in Colorado for service of sentence.

**ORDERED: 3.**     **Upon release from imprisonment, defendant shall be placed on supervised release for a period of five years.**

**ORDERED: 4.**     **Within seventy-two hours of his release from the custody of the Bureau of Prisons, defendant will report in person to the probation office in the district in which he is released.**

**ORDERED: 5.**     **Conditions of supervised release are:**

    a.     **Defendant is to observe all of the standard conditions of supervised release.**

    b.     **Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

    c.     **Defendant is not to illegally possess or use controlled substances.**

    d.     **The drug testing condition is suspended.**

    e.     **Defendant is not to commit a federal, state, or local crime.**

    f.     **Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

    g.     **Defendant shall participate in a program for mental health treatment, as directed by the probation officer, until he is released from that program by the probation officer. He shall pay all costs of such treatment. The court authorizes the probation officer to release to the treatment agency all psychological reports and/or the pre-sentence report, for continuity of treatment.**

    h.     **Defendant shall participate in an approved program of sex offender evaluation and mental health treatment, if**

                **recommended, which may include polygraph and plethysmograph examinations, as directed by the probation officer. He is to comply with the rules and restrictions specified by the treatment agency. He shall pay the cost of that treatment. The court authorizes the probation officer to release to the treatment agency all psychological reports and/or the pre-sentence report, for continuity of treatment.**

      i.      **Defendant shall register as a sex offender in any state where he resides, is employed, carries on a vocation, or is a student.**

      j.      **Defendant shall notify the probation officer of all computers and/or internet access devices to which he has access. He shall allow the probation officer to make unannounced examinations of the data stored on those computers and internet access devices at any reasonable time, and to copy data which the probation officer believes may be evidence of a law violation or a technical violation of a condition of supervision.**

      k.      **Defendant shall submit his person, property, house, residence, vehicle, papers, and other electronic communications or data storage devices or media and effects, to a search at any time, with or without a warrant, by the probation officer in the lawful discharge of the probation officer's duty.**

**ORDERED: 6.**    **Defendant shall pay a special assessment fee of $100 due immediately.**

**ORDERED: 7.**    **Plea agreement is accepted.**

**ORDERED: 8.**    **The Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) (#18, filed January 24, 2008) is GRANTED.**

**ORDERED: 9.**    **The Defendant's Motion to Permit the Defendant to Self-Surrender (#19, filed January 25, 2008) is GRANTED.**

Defendant is advised of his right to appeal.

Defendant is ordered to surrender himself voluntarily to the facility designated by the United States Bureau of Prisons within fifteen days of the date of designation.

**10:41 a.m.**     Court in recess.

Hearing concluded.

Total time in court:     00:21